# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

I, Raymundo Ramos Sr., being duly sworn, do hereby depose and state the following:

I am a Patrol Agent with the United States Border Patrol and have been so employed since May 6, 1996. As a Border Patrol Agent I have gained experience in conducting investigations, including investigations relating to illegal entry of aliens into United States jurisdiction. I attended the Federal Law Enforcement Center at Glynco, Georgia where I received training for the purpose of accomplishing my Border Patrol duties, which includes training in immigration related law and matters. Furthermore, I also receive training on a continuing basis for the purpose of maintaining my proficiency in Border Patrol work.

On Wednesday, October 8, 2008 at approximately 1:45 P.M. the Customs & Border Protection Air and Marine Operations branch in Puerto Rico called the Border Patrol office to report the sighting of a vessel that appeared to be overloaded with suspected illegal migrants. The vessel that was grossly overloaded with people was detected by a CBP air unit that was conducting patrol operations off the North West coast of Puerto Rico. The vessel was located in US territorial waters, approximately fifteen miles north of Quebradillas, Puerto Rico making way south towards land.

At approximately 3:00 P.M. the U.S. Coast Guard Cutter "Key Largo" arrived on scene and was able to intercept the vessel at coordinates 18.46 N. / 066.55 W, approximately 13 miles from shore. The Coast Guard transferred the subjects from the makeshift vessel onto the cutter. The vessel was described as a fifty foot wooden craft that had been painted light blue and was powered by a single outboard motor. The vessel was destroyed at sea after being deemed a hazard to navigation. A total of one hundred fifty-seven (157) people were rescued, one hundred twenty (120) men and thirty-seven (37) women. All of the subjects claimed to be citizens and nationals of the Dominican Republic. Onboard the Cutter, the finger prints and photo of each one of the subjects were entered into the Biometrics system. Ten subjects were identified as meeting the prosecutorial guidelines criteria established by the Caribbean Border Interagency Group's (CBIG) Standard Operating Procedures. One subject will be prosecuted for 8 USC 1325 after he physically assaulted an USCG officer. USCG requested Border Patrol assistance.



On the evening hours of Thursday, October 9, 2008, Border Patrol Agents boarded the USCG vessel to properly identify and interview the eleven candidates whom had met current prosecutorial guidelines. At the USCGC the Agents identified them selves as Border Patrol Agents. All subjects were ascertained to be illegal migrants illegally present in the United States. All eleven subjects were taken into Border Patrol custody, transported to shore and subsequently transported to the Ramey Station in Aguadilla, Puerto Rico for processing and further investigation. At the Border Patrol Station, all subjects' fingerprints and pictures were entered into the AIFIS/ Enforce/ Ident system. All subjects were read their rights to legal representation as per I-214 and decided to answer questions without legal representation present. All subjects were also advised if their right to notify the consul of their native country which they all declined.

Affidavit by: SBPA Raymundo Ramos
RE: USCG Intercept 13 miles North of the Coast of Quebradillas 10/8/2008
Pg. 2 of 4

Subjects were identified as:

**Defendant:** MARTES Cisneros, Juan Carlos A79 741 681
**Charge:** 8 USC 1326(a)(1)
**AKA:** Juan Carlos MARTE Sinero, Carlos MARQUEZ
**DOB:** January 5, 1986
**POB:** San Francisco De Macoris, Dominican Republic
**Immigration History**
> 1-Subject was apprehended on 12/16/2002 by USBP and set up for deportation. Subject was ordered removed on 12/19/2002. Subject was removed from the USA on 12/30/02.

**Criminal History**
None on file

**Defendant:** TIRADO-Paredes, Roberto Lucas
**Charge:** 8 USC 1326(a)(1)
**AKA:**
**DOB:** 05/10/1968
**POB:** Nagua, Dominican Republic
**Immigration History**
> 1- Subject was encounter by ICE agents at the Puerto Rico Bayamon Penitentiary. Subject was arrested on 11/02/2007, ordered removed on 03/05/2007 and formally removed on 03/11/2007. Subject was warned not to return to the United States for a period of 10 years.

**Criminal History**
> 1- Subject was arrested on 10/03/2007 by Puerto Rico Police Department and charged with Domestic Violence (Ley54). Charges were dismissed.



**Defendant:** PRADO, Julio
**Charge:** 8 USC 1326(b)(2)
**AKA:** Julio Cesar Prado, Jose Perez, Julio Prado.
**DOB: 11/24/1978**
**POB:** Santo Domingo, Dominican Republic
**Immigration History**
> 1- Subject entered the United States on 7/29/1995 legally as a FX2.
> Subject was ordered removed from the United States on 5/23/2006 and banned from the United States forever. Subject was physically removed on 6/2/2006.

**Criminal History**
> 1- Subject was arrested by DEA Newark on 11/23/2004. On 8/11/2005 Subject was convicted by New Jersey District Court for possession of heroin with intent to distribute. Subject was sentenced to 5 years incarceration.

**Defendant:** BONILLA-Jimenez, Nilson
**Charge:** 8 USC 1326(b)(2)
**AKA:** Ciriaco BONILLA Jimenez, Nilson BONILLA, Chicho BONILLA and Ciriaco BONILLA.
**DOB:** 01/09/1972

Affidavit by: SBPA Raymundo Ramos
RE: USCG Intercept 13 miles North of the Coast of Quebradillas 10/8/2008
Pg. 3 of 4

**POB:** Samana, Dominican Republic

**Immigration History**
1- Subject was a Legal Permanent Resident (IR2) since November 1989 with SS# 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. Subject was ordered removed from the United States on September 20, 2006 and removed on July 20, 2007.

**Criminal History:**
1- Subject was arrested by DEA and charged with Conspiracy with Intent to Distribute Narcotics (cocaine and heroin). On March 14, 2005, Subject was convicted to 18 months incarceration and 60 months probation.

**Defendant:** DAMIAN-Gemao, Buenaventura A99 994 268
**Charge:** 8 USC 1325(a)(1)
**AKA:**
**DOB: 08/14/1973**
**POB:** Nagua, Dominican Republic
**Immigration History**
1- Subject was apprehended by the Immigration Service on 02/06/07 and granted voluntary return to his native country Dominican Republic. Subject was apprehended by Border Patrol on 06/22/2007 charged with illegal entry. Subject was ordered deported on 8/21/2007. Subject was physically removed from the United States on 8/30/2007 and banned for 5 years.

**Criminal History**
1- Subject was arrested and charged with Domestic Violence by Puerto Rico Police Department. Disposition unknown.

**Defendant:**   PERALTA-Colon, Carlos A98 302 852
**Charge:** 8 USC 1326(b)(1)
**AKA:** Juan Carlos POLANCO Coseta, Juan Carlos POLANCO Cruzeta, Carlos PERALTA and Juan Carlos POLANCO Coseta.
**DOB:** 05/10/1968.
**POB:** San Francisco de Macori, Dominican Republic.
**Immigration History**
1- Subject was arrested by the Immigration Service on 3/21/07, and charged with false claim to USC. Subject was ordered removed from the United States on 4/27/2007 and physically removed on 12/14/2007.



**Criminal History**
1- Subject was charged with drugs and weapons charges by Portland Police Department. Charges were dismissed.

**Defendant:** FINCH Ciprian, Peter Rhadames A45 868 361
**Charge:** 8 USC 1326(b)(2)
**AKA:**  Peter Radames
**DOB:** 10/31/1978.
**POB:** La Romana, Dominican Republic
**Immigration History**

Affidavit by: SBPA Raymundo Ramos
RE: USCG Intercept 13 miles North of the Coast of Quebradillas 10/8/2008
Pg. 4 of 4

Subject was a lawful Permanent Resident since May 1997 with SS# 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. Subject was ordered deported from the United States on 2/27/2003 and physically removed on 2/12/2005.

**Criminal History**

Subject was arrested on 2/9/2002 at the Miami, FL Airport when he arrived from a Curacao flight. Subject was in possession of 1.26 lbs. of cocaine. Subject was charged with international control substance violation. Subject was sentenced to 3 years incarceration.

**Defendant:** TAVAREZ-Aquino, Joel A200 094 014
**Charge:** 8 USC 1325(a)(1)
**AKA:**
**DOB:** 07/11/1982
**POB:** San Francisco De Macori, Dominican Republic
**Immigration History: This** is subject's firs apprehension. Subject is being prosecuted after he assaulted an USCG Officer on board Cutter Key Largo.
**Criminal History:**
None on file
**Wants and Warrants:**
None on file

All subjects attempted to enter into the United States at a place other than a designated Port of Entry. The aliens claim they departed Naguas, Dominican Republic on October 6, 2008, onboard the vessel and were destined to land near Quebradillas, Puerto Rico. All subjects claimed that they paid approximately $850.00 for the trip to Puerto Rico. Subject did not provide any specific information that would help identify the Captain of the vessel and or any information on the smuggling organization they employed in their effort to enter the United States illegally.

All subjects were served a Warrant of Arrest/ Notice to Appear and remanded to the General Services Administration Detention Facility in Guaynabo, Puerto Rico. All subjects are being held in Service custody without bond pending prosecution and criminal proceedings.

Raymundo Ramos, Affiant

Subscribed and sworn to before me by the above U.S. Border Patrol Agent on this / / day of October of 2008 in San Juan, Puerto Rico.

United States Magistrate Judge